■ In the Matter of the Application of G. THOMAS REA, JR., for Reinstatement as an Attorney and Counselor at Law. — Application for reinstatement granted and petitioner, G. Thomas Rea, Jr., reinstated as an attorney and counselor at law effective immediately. Order entered. Sweeney, J. P., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.